IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 03 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-95-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DESMOND DIMETRIUS HARDESTY, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for a preliminary order of forfeiture (Doc. 43). On February 8, 2018, the defendant entered a plea of guilty to the Indictment filed on July 24, 2017, and, as part of his plea agreement, the defendant conceded the forfeiture of the property set forth in the Indictment. The defendant's guilty plea and defendant's concession to the forfeiture provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Desmond Dimetrius Hardesty's interest in the following property is forfeited to the United States, in accordance with 18 § 2253(a):

1

- 4 GB USB Skatedrive (no serial number);
- SanDisk Cruzer Glide 4 GB USB (no serial number);
- Acer Aspire Laptop (serial number LUSFT022971480701043400);
- HP 14-AN013NR Laptop (serial number 5CG6476YMO);
- Compaq Presario CQ57 Laptop (serial number 5CB2152TN9)
- Samsung cellphone with associated 2 GB SanDisk Micro SD Card (serial number 268435459503421823)

THAT the United States Marshal Service, or its sub-custodian shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided by law;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 3rd day of August, 2018.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE