IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
AUG 03 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-95-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO AMEND JUDGMENT |
| DESMOND DIMETRIUS HARDESTY, | |
| Defendant. | |

The United States has filed a motion, pursuant to Fed. R. Crim. P. 35(a), to amend the judgment in this case to conform to the oral pronouncement at sentencing. The defendant does not oppose the motion. For good cause shown,

IT IS ORDERED that the judgment will be amended to identify the Tara Series, Lighthouse Series, and Sweet Sugar Series as victims of the offense.

DATED this 3rd day of August, 2018.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1